**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02831-REB-KMT

PERSISTENT CAPITAL MANAGEMENT, LLC,

    Plaintiff,

v.

WHITE OAK STRATEGIC FUND II, LP,
WHITE OAK GLOBAL ADVISORS, LLC,
WHITE OAK PARTNERS, LLC, and
ANDRE HAKKA, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is me on the **Stipulated Motion To Dismiss With Prejudice** [#60][1] filed August 6, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice with each party to bear its own fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss With Prejudice** [#60] filed August 6, 2013, is **GRANTED**;

    2.  That the Final Pretrial Conference and Trial Preparation Conference set March 21, 2014, are **VACATED**;

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That the jury trial set to commence April 7, 2014, is **VACATED**;

4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 8, 2013, at Denver, Colorado.

                                                  **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge